FILED
2006 SEP -1 PM 1:56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER 8 MOTELS, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>JAY SHANKER, INC., et al., <br><br>　　　　Defendants. | Case No. 06-CV-1227-H (JMA) <br><br>**ORDER FOLLOWING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

　　The Court convened a telephonic Early Neutral Evaluation Conference on August 31, 2006 at 9:30 a.m.

　　**IT IS HEREBY ORDERED** that the Settlement/Case Management Conference set for **September 25, 2006** at **10:00 a.m.** shall go forward as previously scheduled.

　　**IT IS SO ORDERED.**

Dated: August 31, 2006

　　　　　　　　　　　　　　　　JAN M. ADLER
　　　　　　　　　　　　　　　　United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL OF RECORD