|||
|---|---|
|1||
|2||
|3||
|4||
|5||
|6||
|7||

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER 8 MOTELS, INC., ) | Case No. 06-CV-1227-H (JMA) |
| ) | |
| Plaintiff, ) | **ORDER REGARDING SETTLEMENT** |
| ) | **DISPOSITION CONFERENCE** |
| v. ) | |
| ) | |
| JAY SHANKER, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

A Settlement Conference was held on September 25, 2006 at 10:00 a.m.  The case settled and the terms of the confidential settlement were placed on the record (1:0-424).  The attorneys must personally appear for a Settlement Disposition Conference on **October 26, 2006** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a signed stipulation for dismissal is submitted to the Court, ***and a "Received" stamped copy is delivered directly to Magistrate Judge Adler's chambers in person or by facsimile at (619) 702-9939***, prior to that time.  If a copy of a signed stipulation for dismissal cannot be provided to the chambers of Magistrate Judge Adler on or before the date indicated above,

counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

   **IT IS SO ORDERED**.

DATED:   September 26, 2006

_____
Jan M. Adler
U.S. Magistrate Judge