```
JONATHAN SOLISH (SBN 67609)
GLENN J. PLATTNER (SBN 137454)
JENKENS & GILCHRIST, LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
Tel: (310) 820-8800 Fax: (310) 820-8859
```

FILED

2006 OCT 11 AM 11:22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY **BY FAX**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SUPER 8 MOTELS, INC., a South Dakota corporation,

                                    **Plaintiff(s)**

v.

JAY SHANKER, INC., a California corporation, REVABEN V. PATEL, an individual, VISHNU R. PATEL, an individual

                                      **Defendant(s)**

CASE NUMBER: 06-CV-1227-H(JMA)

## SUBSTITUTION OF ATTORNEY

Super 8 Motels, Inc. (Name of Party) [X] Plaintiff [ ] Defendant [ ] Other _____

hereby substitutes Glenn J. Plattner, Esq. _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   Bryan Cave LLP, 120 Broadway, Suite 300
                                                                                                   Street Address

Los Angeles, CA 90401          (310) 576-2100     (310) 576-2200    67609
City, State, Zip Code                 Telephone Number    Facsimile Number  State Bar Number

as attorney of record in the place and stead of   Glenn J. Plattner, Esq., Jenkens & Gilchrist, LLP
                                                                               Present Attorney

Dated: September 25, 2006

                                                                Signature of Party
                                   MARCUS A. BANKS, VP-LEGAL

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: September 25, 2006

                                                       Signature of Present Attorney
                                   Glenn J. Plattner

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: September 25, 2006

                                                       Signature of New Attorney
                                   Glenn J. Plattner

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: 10/10/06

                                                   United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

G-01 (08/02)                            SUBSTITUTION OF ATTORNEY
                                                                                                       G-01

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401. On October 5, 2006, I served the within document:

## SUBSTITUTION OF ATTORNEY

☐ I sent such document from facsimile machine on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

xxx by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, CA addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ by FEDERAL EXPRESS/OVERNIGHT EXPRESS messenger to the address listed below.

James C. Mitchell, Esq.
Mitchell & Gilleon
402 West Broadway, #880
San Diego, CA 92101
Phone: (619) 702-8623
Fax: (619) 702-6337

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 5, 2006, at Los Angeles, California.

_____
DORA BARNETT

608930.1

PROOF OF SERVICE