UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER 8 MOTELS, INC., | ) Case No. 06-CV-1227-JMA |
| Plaintiff, | ) **ORDER CONTINUING SETTLEMENT** |
| | ) **DISPOSITION CONFERENCE** |
| v. | ) |
| JAY SHANKER, INC., et al., | ) |
| Defendants. | ) |

At the request of the parties, the Settlement Disposition Conference, currently scheduled to be held on October 26, 2006 at 4:00 p.m., is <u>vacated</u>. Instead, the attorneys must appear for a Settlement Disposition Conference on **November 14, 2006** at **4:30 p.m.** in the chambers of Magistrate Judge Adler unless a signed stipulation for dismissal is submitted to the Court, ***and a "Received" stamped copy is delivered directly to Magistrate Judge Adler's chambers in person or by facsimile at (619) 702-9939***, prior to that time. If a copy of a signed stipulation for dismissal cannot be provided to the chambers of Magistrate Judge Adler on or before the date indicated above, counsel shall

contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

    **IT IS SO ORDERED.**

DATED:  October 17, 2006

                                                              Jan M. Adler
                                                              U.S. Magistrate Judge