1 **BRYAN CAVE LLP**
Glenn J. Plattner, California Bar No. 137454
2 120 Broadway, Suite 300
Santa Monica, California 90401-2386
3 Telephone: (310) 576-2100
Facsimile: (310) 576-2200
4
Attorneys for Plaintiff
5 SUPER 8 MOTELS, INC.

FILED

2006 DEC 28 PM 3:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER 8 MOTELS, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAY SHANKER, INC., a California corporation; VISHNU R. PATEL, and REVABEN V. PATEL,<br><br>Defendants. | Case No. 06-CV1227-JMA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

19    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-entitled action having been
20 settled by and between Plaintiff Super 8 Motels, Inc. and Defendants Jay Shanker,
21 Inc., Vishnu R. Patel, and Revaben V. Patel (collectively, "Defendants"), it is
22 hereby stipulated and ordered that the Complaint against Defendants be dismissed
23 with prejudice and without costs against either party subject to all of the terms and
24 conditions of the Settlement Agreement entered as of September 25, 2006.
25 ///
26 ///
27 ///
28 ///

620887.1

REQUEST FOR DISMISSAL
Case No. 06-CV-1227

1  The Court retains jurisdiction to enforce the Settlement Agreement pursuant
2  to California Code of Civil Procedure section 664.6.

4  Dated: December 7, 2006                    Dated: December 22, 2006

5  BRYAN CAVE LLP                             MITCHELL & GILLEON
6  Glenn J. Plattner                          John C. Mitchell

8  By: _____              By: _____
9      Glenn J. Plattner                          John C. Mitchell
10 Attorney for Plaintiff                     Attorney for Defendants
11 SUPER 8 MOTELS, INC.                       JAY SHANKER, INC., VISHNU R.
                                              PATEL and REVABEN V. PATEL

## ORDER

PURSUANT TO STIPULATION BY THE PARTIES, IT IS SO ORDERED.

Dated: December 27, 2006                     _____
                                             Jan M. Adler
                                             United States District Judge

620887.1

2

REQUEST FOR DISMISSAL
Case No. 06-CV-1227